LIPSON NEILSON COLE SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ. (BAR No. 7582)
DAVID T. OCHOA, ESQ. (BAR No. 10414)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV  89144
(702) 382-1500 Phone
(702) 382-1512 Fax
kanderson@lipsonneilson.com
dochoa@lipsonneilson.com

*Attorneys for RANCHO LAKE CONDOMONIUM UNIT-OWNER'S ASSOCIATION, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiffs,<br><br>vs.<br><br>RANCHO LAKE CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC.; MARK BURLEY, AN INDIVIDUAL; PLATINUM REALTY HOLDINGS LLS; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-00023-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT RANCHO LAKE CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC.'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(1st Request)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant RANCHO LAKE CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC. ("hereinafter, HOA") shall have through and including **February 13, 2017**, within which to file and serve a response to Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION's (hereinafter, "FHLM") Complaint [ECF No. 1].

- 1 -

This is the first extension from the original due date of January 13, 2017, and the parties' first request for an extension.

Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance is that counsel for HOA was just recently retained and requires more time to evaluate and to respond to FHLM's Complaint. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

DATED this 30th day of January, 2017.

AKERMAN, LLP

By: _____/s/ Thera Cooper_____
Ariel E. Stern, Esq.
Thera A. Cooper, Esq.
1160 Town Center Drive Suite 330
Las Vegas, NV 89144
(702) 634-5000

*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation & Bank of America, N.A.*

DATED this 30th day of January, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: ____/s/ David T. Ochoa _____
Kaleb D. Anderson, Esq.
David T. Ochoa, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

*Attorneys for Defendant Rancho Lake Condominium Unit Owners' Association, Inc.*

**Case No.: 2:17-cv-00023-APG-GWF**
*Federal Home Loan Mortgage Corp et al. v. Rancho Lake Condominium Unit-Owner's Association, Inc. et al.*
**Stipulation & Order to Extend Time for HOA to File a Response to Complaint**

## ORDER

IT IS SO ORDERED.

DATED this ___January 31_____, 2017.

_____/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: ____/s/ David T. Ochoa_____
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

*Attorneys for Defendant Rancho Lake Condominium Unit Owners' Association, Inc.*

- 3 -